```
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant CHAVEZ-RUIZ
```

FILED

SEP - 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-0473 MHP |
|---|---|
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS |
| v. | |
| FELIPE CHAVEZ-RUIZ, | |
| Defendant. | |

Presently before the Court is defendant Felipe Chavez-Ruiz's motion to dismiss the indictment against him. The parties are set to appear before the Court for a hearing on the motion on September 12, 2005.

Defense counsel will be unavailable on September 12, 2005 because of a jury trial set to begin that morning. Accordingly, the parties agree and stipulate that the hearing on defendant's

///

///

///

///

///

CR 05-0473 MHP; STIP TO CONTINUE
HEARING ON DEF.'S MOTION TO DISMISS         1

1 | motion shall be continued to September 19, 2005 at 10:00 AM.

2 |     IT IS SO STIPULATED.

3 | Dated:

                                          BARRY J. PORTMAN
4 |                                           Federal Public Defender
                                          JOSH COHEN
5 |                                           Assistant Federal Public Defender

6 |

7 | Dated:

                                          KEVIN V. RYAN
                                          United States Attorney
8 |                                           TRACIE BROWN
                                          Assistant United States Attorney

9 |

10 |     Accordingly, and for good cause shown, the hearing on defendant's motion to dismiss

11 | scheduled for September 12, 2005 is hereby continued until September 19, 2005 at 10:00 AM.

12 |     IT IS SO ORDERED.

13 | Dated: 9/6/05

                                          MARILYN HALL PATEL
14 |                                           UNITED STATES DISTRICT JUDGE

CR 05-0473 MHP; STIP TO CONTINUE
HEARING ON DEF.'S MOTION TO DISMISS    2